UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Stone, Esquire
490 Schooley's Mountain Road - Bldg 3A
Hackettstown, NJ 07840-4002
(908) 979-9919  Fax: (908) 979-9920
jonstonelaw@gmail.com

In Re:
Jack Heinz Sandau
Loretta Marie Sandau

                     Debtor(s)

Case No.:  18-17467

Judge:  Vincent F. Papalia

Chapter:  13

Recommended Local Form:   ☑ Followed    ☐ Modified

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, __Jack Heinz Sandau__, upon my oath according to law, hereby certify as follows:

I, __Loretta Marie Sandau__, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on June 21, 2018.

2. The above named Debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I hereby certify under penalty of perjury that the foregoing is true and correct..

DATED  5/9/18                                  _/s/ Jack Heinz Sandau_
                                               Jack Heinz Sandau

DATED  5/9/18                                  _/s/ Loretta Marie Sandau_
                                               Loretta Marie Sandau