| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Jonathan Stone, Esq.<br>490 Schooley's Mountain Road – 3A<br>Hackettstown, NJ 07840<br>(908) 979-9919<br>Attorney for Debtors | Order Filed on August 21, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jack Sandau<br>Loretta Sandau | Case No.:    __18-17467(VFP)__<br><br>Chapter:    __13__<br><br>Judge:    __Vincent F. Papalia__ |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 21, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____May 4, 2018_____ :

Property:    633 State Route 94 South, Frendon, NJ 07860

Creditor:    Cenlar

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____November 11, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*