| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>HomeBridge Financial Services, Inc. | |
| In Re:<br><br>Jack Sandau & Loretta Sandau,<br><br>Debtors. | Case No.: __18-17467-VFP__<br><br>Chapter: __13__<br><br>Hearing Date: __11/14/2018__<br><br>Judge: __Papalia__ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 1p)

_____

Date: 11/12/2018                                /s/ Denise Carlon
                                                Signature

*rev.8/1/15*