UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Jonathan Stone, Esq.
490 Schooley's Mountain Road – 3A
Hackettstown, NJ 07840
(908) 979-9919
Attorney for Debtors

Order Filed on November 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jack Sandau
Loretta Sandau

Case No.:     __18-17467(VFP)__

Chapter:     _____13_____

Judge:     __Vincent F. Papalia__

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 21, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 21, 2018___ :

Property:    633 State Route 94 South, Frendon, NJ 07860

Creditor:    Cenlar

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____January 29, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2