UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jonathan Stone, Esq.
490 Schooley's Mountain Road – 3A
Hackettstown, NJ 07840
(908) 979-9919
Attorney for Debtors

Order Filed on November 21, 2018
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Jack Sandau
Loretta Sandau

Case No.: 18-17467(VFP)

Chapter: 13

Judge: Vincent F. Papalia

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 21, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 21, 2018___ :

Property:      633 State Route 94 South, Frendon, NJ 07860

Creditor:      Cenlar

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____January 29, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-17467-VFP
Jack Heinz Sandau                                                                       Chapter 13
Loretta Marie Sandau
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1               Date Rcvd: Nov 21, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.
db/jdb           +Jack Heinz Sandau,    Loretta Marie Sandau,    633 Route 94 South,    Fredon, NJ 07860-5023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Jonathan Stone    on behalf of Debtor Jack Heinz Sandau jonstonelaw@gmail.com,
       bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
      Jonathan Stone    on behalf of Joint Debtor Loretta Marie Sandau jonstonelaw@gmail.com,
       bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
      Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.
       kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                            TOTAL: 6