B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In re JACK HEINZ SANDAU AND LORETTA MARIE SAN,   Case No. 18-17467

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing

HomeBridge Financial Services, Inc.

Name of Transferee | Name of Transferor

Name and Address where notices to transferee should be sent:
New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC  29603-0675

Court Claim # (if known): 3
Amount of Claim: $409,746.27
Date Claim Filed: 06/21/2018

Phone: (800)365-7107
Last Four Digits of Acct #: 4018

Phone:
Last Four Digits of Acct. #: 8750

Name and Address where transferee payments should be sent (if different from above):

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC  29603-0675

Phone: (800)365-7107
Last Four Digits of Acct #: 4018

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ashish Rawat         Date: 11/26/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.