UNITED STATES BANKRUPTCY COURT
District Of New Jersey

IN RE: §
§
JACK HEINZ SANDAU § CASE NO. 18-17467
LORETTA MARIE SANDAU
§ CHAPTER 13
DEBTOR(S)

§
§

# NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

**(DOCKET NO. 31, CLAIM NO. 3)**

COMES NOW, AIS Portfolio Services, LP, as authorized agent for New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, files this Notice of Withdrawal of the Transfer of Claim, filed in the above-styled and numbered case on November 26, 2018, docket #31.

    Respectfully Submitted by
    /s/ Ashish Rawat
    AIS Portfolio Services, LP.
    Authorized Agent for Shellpoint Mortgage Servicing