JONATHAN STONE ESQ
490 SCHOOLEY'S MOUNTAIN RD
BLDG 3A
HACKETTSTOWN, NJ  07840

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 18-17467

Re:  JACK HEINZ SANDAU  
LORETTA MARIE SANDAU  
633 ROUTE 94 SOUTH  
FREDON,  NJ  07860

Atty:  JONATHAN STONE ESQ  
490 SCHOOLEY'S MOUNTAIN RD  
BLDG 3A  
HACKETTSTOWN, NJ  07840

## RECEIPTS AS OF 12/31/2018
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/10/2018 | $100.00 | 7684800561 | 06/06/2018 | $100.00 | 7684803194 |
| 07/10/2018 | $100.00 | 7684800578 | 08/08/2018 | $100.00 | 7684800585 |
| 09/05/2018 | $100.00 | 7684800589 | 10/05/2018 | $100.00 | 7684800595 |
| 11/06/2018 | $100.00 | 7684800599 | 12/05/2018 | $100.00 | 7684800604 |

**Total Receipts: $800.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018
(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES | 12/17/2018 | $127.26 | 816,129 | | | |
| WELLS FARGO CARD SERVICES | 12/17/2018 | $539.14 | 816,716 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 45.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ATLANTIC AMBULANCE CORP. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BARN HILL CARE CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | NEW PENN FINANCIAL LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | KESSLER PROFESSIONAL SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | NEWTON MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | OMNICARE, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | OVERLOOK HOSPITAL/ATLANTIC HEALT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 2,077.95 | 100.00% | 145.27 | 1,932.68 |
| 0013 | TOWNSHIP OF FREDON | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | VINCENT R. VICCI, JR., O.D. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | WELLS FARGO CARD SERVICES | UNSECURED | 8,803.11 | 100.00% | 615.43 | 8,187.68 |
| 0020 | OVERLOOK HOSPITAL/ATLANTIC HEALT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $805.70**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $800.00    -    Paid to Claims: $760.70    -    Admin Costs Paid: $45.00    =    Funds on Hand: $94.30

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.