# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17467−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jack Heinz Sandau
633 Route 94 South
Fredon, NJ 07860

Loretta Marie Sandau
aka Lorretta Marie Sandau, aka Loretta M.
Sandau, aka Lorri M. Sandau
633 Route 94 South
Fredon, NJ 07860

Social Security No.:
  xxx−xx−3472                                        xxx−xx−6873

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/4/19 at 10:00 AM

to consider and act upon the following:

*38* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/15/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*41* − Certification in Opposition to Certification of Default (related document:38 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/15/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Jonathan Stone on behalf of Jack Heinz Sandau, Loretta Marie Sandau. (Stone, Jonathan)

Dated: 3/6/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Jack Heinz Sandau  
Loretta Marie Sandau  
    Debtors

Case No. 18-17467-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1       Date Rcvd: Mar 06, 2019  
                       Form ID: ntchrgbk       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.  
db/jdb          +Jack Heinz Sandau,    Loretta Marie Sandau,    633 Route 94 South,    Fredon, NJ 07860-5023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jonathan Stone    on behalf of Debtor Jack Heinz Sandau jonstonelaw@gmail.com,  
        bkecf_stone@bkexpress.info;r43620@notify.bestcase.com  
       Jonathan Stone    on behalf of Joint Debtor Loretta Marie Sandau jonstonelaw@gmail.com,  
        bkecf_stone@bkexpress.info;r43620@notify.bestcase.com  
       Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.  
        kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                             TOTAL: 6