UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Case No.: 18-17467

IN RE:

JACK HEINZ SANDAU
LORETTA MARIE SANDAU

Adv. No.:

Hearing Date:

Judge:  VFP

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 07/08/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
JACK HEINZ SANDAU
LORETTA MARIE SANDAU
633 ROUTE 94 SOUTH
FREDON, NJ  07860
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JONATHAN STONE ESQ
490 SCHOOLEY'S MOUNTAIN RD
BLDG 3A
HACKETTSTOWN, NJ  07840
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  July 08, 2019

By:  /S/  Jackie Michaels
Jackie Michaels