| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **Jonathan Stone, Esquire**<br>490 Schooley's Mountain Road – Bldg. 3A<br>Hackettstown, NJ 07840–4002<br>Tel. (908) 979–9919 / Fax. (908) 979–9920<br>jonstonelaw@gmail.com<br>Attorney for Debtors | Case No.:  18-17467(VFP)<br><br>Chapter:  13 |
| **In Re:**<br>**Jack Heinz Sandau**<br>**Loretta Marie Sandau** | Adv. No.:<br><br>Hearing Date:  Select a Date<br><br>Judge:  Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri,:

    ☐ represent the Debtor in this matter.

    ☒ am the paralegal for Jonathan Stone, who represents Debtors in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On Monday, July 22, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Chapter 13 Debtor's Certification In Opposition

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  July 22, 2019                                        /s/ Keith Guarneri
                                                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie–Ann Greenberg<br>30 Two Bridges Road – Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee (Greenberg) | ☒ Notice of Electronic Filing (NEF)<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Fax, Email, Overnight Mail<br>　(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jack and Loretta Sandau<br>633 State Route 94 South<br>Fredon Twp., NJ 07860 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Fax, Email, Overnight Mail<br>　(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email, Overnight Mail<br>　(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>　(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*