Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

            Case No.: 18−17467−VFP
            Chapter: 13
            Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jack Heinz Sandau
633 Route 94 South
Fredon, NJ 07860

Loretta Marie Sandau
aka Lorretta Marie Sandau, aka Loretta M.
Sandau, aka Lorri M. Sandau
633 Route 94 South
Fredon, NJ 07860

Social Security No.:
xxx−xx−3472          xxx−xx−6873

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 19, 2018.

On 8/14/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date: September 5, 2019
Time: 08:30 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 16, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-17467-VFP
Jack Heinz Sandau                                                        Chapter 13
Loretta Marie Sandau
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Aug 16, 2019
                               Form ID: 185             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
```
db/jdb         +Jack Heinz Sandau,    Loretta Marie Sandau,    633 Route 94 South,    Fredon, NJ 07860-5023
517454824      +Atlantic Ambulance Corp.,    PO Box 949,   Matawan, NJ 07747-0949
517454825       Barn Hill Care Center,    Genesis Health Care,    249 High Street,    Newton, NJ 07860-9600
517454826      +Cenlar,   PO Box 77404,    Ewing, NJ 08628-6404
517604436      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517454830      +KML Law Group, P.C.,    Attn: Kristina G. Murtha, Esquire,    216 Haddon Avenue - Suite 406,
                 Collingswood, NJ 08108-2812
517454829      +Kessler Professional Services,    PO Box 827832,    Philadelphia, PA 19182-7832
517938142      +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    Servicing,   Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    Greenville, SC 29603-0826
517885293       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
517885294       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
                 Greenville, SC  29603-0675
517454831       Newton Medical Center,    Atlantic Health System,    PO Box 36458,    Newark, NJ 07188-6458
517454832      +Omnicare, Inc.,    900 Omnicare Center,    201 East 4th Street,    Cincinnati, OH 45202-1513
517454833       Overlook Hospital/Atlantic Health System,    PO Box 35611,    Newark, NJ 07193-5611
517454836      +Township of Fredon,    443 Route 94,   Newton, NJ 07860-5158
517454837       Vincent R. Vicci, Jr., O.D.,    592 Springfield Avenue,    Westfield, NJ 07090-1002
517454839      +Wells Fargo Bank,    Po Box 14517,   Des Moines, IA 50306-3517
517454838      +Wells Fargo Bank,    Po Box 10438,   Macf8235-02f,    Des Moines, IA 50306-0438
517544691       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2019 01:00:48     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2019 01:00:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517454827      +E-mail/Text: kzoepfel@credit-control.com Aug 17 2019 01:00:50      Central Loan Admin,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
517454828      +E-mail/Text: cio.bncmail@irs.gov Aug 17 2019 01:00:15     Internal Revenue Service,
                 2970 Market Street,    Mail Stop 5-Q30,133,    Philadelphia, PA 19104-5002
517599036       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2019 01:09:33
                 Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,   Norfolk VA 23541
517456031      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2019 01:09:24     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517454835      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2019 01:08:25     Synchrony Bank/Care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
517454834      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2019 01:10:24     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 8
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517938143       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    Servicing,   Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    Greenville, SC 29603-0675,    New Penn Financial, LLC d/b/a Shellpoint
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Aug 16, 2019
                              Form ID: 185             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jonathan  Stone    on behalf of Debtor Jack Heinz Sandau jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              Jonathan  Stone    on behalf of Joint Debtor Loretta Marie Sandau jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```