| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>JACK HEINZ SANDAU<br>LORETTA MARIE SANDAU | Case No.:  18-17467<br><br>Adv. No.:<br><br>Hearing Date:  01/16/2020<br><br>Judge:  VFP |

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 12/11/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
JACK HEINZ SANDAU
LORETTA MARIE SANDAU
633 ROUTE 94 SOUTH
FREDON, NJ  07860
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
JONATHAN STONE ESQ
490 SCHOOLEY'S MOUNTAIN RD
BLDG 3A
HACKETTSTOWN, NJ  07840
Mode of Service:  Regular Mail

---

Dated:  December 11, 2019

By:  /S/  Jackie Michaels
      Jackie Michaels