JONATHAN STONE ESQ
490 SCHOOLEY'S MOUNTAIN RD
BLDG 3A
HACKETTSTOWN, NJ  07840

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 18-17467

Re:   JACK HEINZ SANDAU                                Atty:   JONATHAN STONE ESQ
      LORETTA MARIE SANDAU                                     490 SCHOOLEY'S MOUNTAIN RD
      633 ROUTE 94 SOUTH                                       BLDG 3A
      FREDON, NJ  07860                                        HACKETTSTOWN, NJ  07840

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/10/2018 | $100.00 | 7684800561 | 06/06/2018 | $100.00 | 7684803194 |
| 07/10/2018 | $100.00 | 7684800578 | 08/08/2018 | $100.00 | 7684800585 |
| 09/05/2018 | $100.00 | 7684800589 | 10/05/2018 | $100.00 | 7684800595 |
| 11/06/2018 | $100.00 | 7684800599 | 12/05/2018 | $100.00 | 7684800604 |
| 01/08/2019 | $100.00 | 7684800613 | 02/06/2019 | $100.00 | 7684800633 |
| 03/08/2019 | $100.00 | 7684800638 | 04/11/2019 | $100.00 | 7684800643 |
| 05/14/2019 | $100.00 | 7684800647 | 06/05/2019 | $100.00 | 7684800656 |
| 07/09/2019 | $100.00 | 7684800665 | 08/07/2019 | $100.00 | 7684800672 |
| 09/10/2019 | $100.00 | 7684800682 | 10/09/2019 | $100.00 | 7684800694 |
| 11/06/2019 | $100.00 | 7684800711 | 12/04/2019 | $100.00 | 7684800722 |
| 01/07/2020 | $100.00 | 6830704695 | | | |

**Total Receipts: $2,100.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $2,100.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES | | | | | | |
| | 12/17/2018 | $127.26 | 816,129 | 01/14/2019 | $18.01 | 818,062 |
| | 02/11/2019 | $18.01 | 819,965 | 03/18/2019 | $18.01 | 821,941 |
| | 04/15/2019 | $18.01 | 823,966 | 05/20/2019 | $18.01 | 825,979 |
| | 06/17/2019 | $18.33 | 827,941 | 07/15/2019 | $18.33 | 829,803 |
| | 08/19/2019 | $18.33 | 831,817 | 09/16/2019 | $18.33 | 833,812 |
| | 10/21/2019 | $18.82 | 835,859 | 11/18/2019 | $18.10 | 837,919 |
| | 12/16/2019 | $18.10 | 839,824 | 01/13/2020 | $18.10 | 841,711 |
| WELLS FARGO CARD SERVICES | | | | | | |
| | 12/17/2018 | $539.14 | 816,716 | 01/14/2019 | $76.29 | 818,631 |
| | 02/11/2019 | $76.29 | 820,546 | 03/18/2019 | $76.29 | 822,584 |
| | 04/15/2019 | $76.29 | 824,561 | 05/20/2019 | $76.29 | 826,621 |
| | 06/17/2019 | $77.67 | 828,503 | 07/15/2019 | $77.67 | 830,379 |
| | 08/19/2019 | $77.67 | 832,457 | 09/16/2019 | $77.67 | 834,395 |
| | 10/21/2019 | $79.68 | 836,503 | 11/18/2019 | $76.70 | 838,492 |
| | 12/16/2019 | $76.70 | 840,358 | 01/13/2020 | $76.70 | 842,262 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 18-17467**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 100.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ATLANTIC AMBULANCE CORP. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BARN HILL CARE CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | NEW PENN FINANCIAL LLC | MTG SURRENDER | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | KESSLER PROFESSIONAL SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | NEWTON MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | OMNICARE, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | OVERLOOK HOSPITAL/ATLANTIC HEALT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 2,077.95 | 100.00% | 363.75 | 1,714.20 |
| 0013 | TOWNSHIP OF FREDON | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | VINCENT R. VICCI, JR., O.D. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | WELLS FARGO CARD SERVICES | UNSECURED | 8,803.11 | 100.00% | 1,541.05 | 7,262.06 |
| 0020 | OVERLOOK HOSPITAL/ATLANTIC HEALT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $2,005.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $2,100.00    -    Paid to Claims: $1,904.80    -    Admin Costs Paid: $100.40    =    Funds on Hand: $94.80

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.