Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−17467−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Jack Heinz Sandau
   633 Route 94 South
   Fredon, NJ 07860

   Loretta Marie Sandau
   aka Lorretta Marie Sandau, aka Loretta M.
   Sandau, aka Lorri M. Sandau
   633 Route 94 South
   Fredon, NJ 07860

Social Security No.:
   xxx−xx−3472                     xxx−xx−6873

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 24, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 24, 2020
JAN: mcp

                                            Jeanne Naughton
                                            Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 18-17467-VFP
Jack Heinz Sandau                                               Chapter 13
Loretta Marie Sandau
        Debtors                       CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2          Date Rcvd: Feb 24, 2020
                               Form ID: 148             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db/jdb         +Jack Heinz Sandau,    Loretta Marie Sandau,    633 Route 94 South,    Fredon, NJ 07860-5023
517454824      +Atlantic Ambulance Corp.,    PO Box 949,    Matawan, NJ 07747-0949
517454825       Barn Hill Care Center,    Genesis Health Care,    249 High Street,    Newton, NJ 07860-9600
517454826      +Cenlar,    PO Box 77404,    Ewing, NJ 08628-6404
517604436      +HomeBridge Financial Services, Inc.,     c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517454830      +KML Law Group, P.C.,    Attn: Kristina G. Murtha, Esquire,    216 Haddon Avenue - Suite 406,
                 Collingswood, NJ 08108-2812
517454829      +Kessler Professional Services,    PO Box 827832,    Philadelphia, PA 19182-7832
517938142      +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    Servicing,    Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    Greenville, SC 29603-0826
517885293       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
517885294       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
                 Greenville, SC  29603-0675
517454831       Newton Medical Center,    Atlantic Health System,    PO Box 36458,    Newark, NJ 07188-6458
517454832      +Omnicare, Inc.,    900 Omnicare Center,    201 East 4th Street,    Cincinnati, OH 45202-1513
517454833       Overlook Hospital/Atlantic Health System,    PO Box 35611,    Newark, NJ 07193-5611
517454836      +Township of Fredon,    443 Route 94,    Newton, NJ 07860-5158
517454837       Vincent R. Vicci, Jr., O.D.,    592 Springfield Avenue,    Westfield, NJ 07090-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 00:26:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 00:26:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517454827      +E-mail/Text: kzoepfel@credit-control.com Feb 25 2020 00:26:09      Central Loan Admin,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
517454828      +EDI: IRS.COM Feb 25 2020 04:48:00      Internal Revenue Service,    2970 Market Street,
                 Mail Stop 5-Q30,133,    Philadelphia, PA 19104-5002
517599036       EDI: PRA.COM Feb 25 2020 04:48:00      Portfolio Recovery Associates, LLC,    c/o Care Credit,
                 POB 41067,    Norfolk VA 23541
517456031      +EDI: RMSC.COM Feb 25 2020 04:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517454835      +EDI: RMSC.COM Feb 25 2020 04:48:00      Synchrony Bank/Care Credit,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
517454834      +EDI: RMSC.COM Feb 25 2020 04:48:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517454839      +EDI: WFFC.COM Feb 25 2020 04:48:00      Wells Fargo Bank,    Po Box 14517,
                 Des Moines, IA 50306-3517
517454838      +EDI: WFFC.COM Feb 25 2020 04:48:00      Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,
                 Des Moines, IA 50306-0438
517544691       EDI: WFFC.COM Feb 25 2020 04:48:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517938143       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    Servicing,    Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    Greenville, SC 29603-0675,    New Penn Financial, LLC d/b/a Shellpoint
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2         User: admin              Page 2 of 2          Date Rcvd: Feb 24, 2020
                             Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
             dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            Jonathan   Stone    on behalf of Debtor Jack Heinz Sandau jonstonelaw@gmail.com,
             bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
            Jonathan   Stone    on behalf of Joint Debtor Loretta Marie Sandau jonstonelaw@gmail.com,
             bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
            Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.
             kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```