Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−17467−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jack Heinz Sandau<br>633 Route 94 South<br>Fredon, NJ 07860 | Loretta Marie Sandau<br>aka Lorretta Marie Sandau, aka Loretta M. Sandau, aka Lorri M. Sandau<br>633 Route 94 South<br>Fredon, NJ 07860 |

Social Security No.:
  xxx−xx−3472                          xxx−xx−6873

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 1, 2020                      Vincent F. Papalia
                                           Judge, United States Bankruptcy Court